motion to acquit can be determined only by weighing the evidence, it follows that, as to these grounds, the judgment overruling them must be affirmed. *Jones v. Gate City Lodge No. 54,* 171 Ga. 844 (156 SE 672); *Perry v. Perry,* 188 Ga. 477 (4 SE2d 184).

*Judgment affirmed. All the Justices concur.*

ARGUED JANUARY 14, 1964—DECIDED JANUARY 30, 1964—
REHEARING DENIED FEBRUARY 11, 1964.

*B. Clarence Mayfield, E. H. Gadsden,* for plaintiffs in error.
*Andrew J. Ryan, Jr., Solicitor, R. E. Barker,* contra.

22318.   TORRANCE et al. v. THE STATE.
22321.   TORRANCE v. THE STATE.
22322.   CLARK v. THE STATE.
22326.   HANKERSON v. THE STATE.
22334.   PATTERSON et al. v. THE STATE.

QUILLIAN, Justice. The above cases are controlled by the decision in *Clark v. State,* ante.

*Judgments affirmed. All the Justices concur.*

ARGUED JANUARY 14, 1964—DECIDED JANUARY 30, 1964—
REHEARING DENIED FEBRUARY 11, 1964.

*B. Clarence Mayfield, E. H. Gadsden,* for plaintiffs in error.
*Andrew J. Ryan, Jr., Solicitor, R. E. Barker,* contra.

22319.   TORRANCE v. THE STATE.
22320.   TORRANCE v. THE STATE.
22324.   KING v. THE STATE.
22325.   KING v. THE STATE.
22329.   OVERSTREET et al. v. THE STATE.

GRICE, Justice. The instant cases are controlled by *Clark v. State,* ante.

*Judgments affirmed. All the Justices concur.*

ARGUED JANUARY 14, 1964—DECIDED JANUARY 30, 1964—
REHEARING DENIED FEBRUARY 11, 1964.